1434

## CASE ANNOUNCEMENTS

*December 12, 2007*

[Cite as *12/12/2007 Case Announcements*, 2007-Ohio-6518.]

## MERIT DECISIONS WITHOUT OPINIONS

**2007–1781. State ex rel. Nash v. Court of Appeals, Eighth Appellate Dist.**

In Mandamus. On respondents' motion to dismiss and relator's motion to strike the motion to dismiss. Motion to strike denied. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–1808. State ex rel. Parks v. Court of Appeals, Seventh Appellate Dist.**

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–1833. McEwen v. Timmerman–Cooper.**

In Prohibition. On respondents' answer and motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–1840. State ex rel. Baker v. Tri–Rivers Educational Computer Assn.**

In Mandamus. On respondent's motion to dismiss and relator's motion to compel discovery. Motion to dismiss granted. Motion to compel discovery denied as moot. Cause dismissed.

PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.

MOYER, C.J., and CUPP, J., dissent and would grant an alternative writ.

**2007–1894. Welton v. Dann.**

In Mandamus and Prohibition. On motions to dismiss. Motions to dismiss granted. Cause dismissed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would grant an alternative writ.

**2007–1924. State ex rel. Payne v. Glaeden.**

In Habeas Corpus. On petition for writ of habeas corpus of Edward Payne and respondent's motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents and would grant an alternative writ.

**2007–1960. Miller v. Eberlin.**

In Habeas Corpus. On petition for writ of habeas corpus of Timothy A. Miller. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1992–1245. State v. Richard.**

Cuyahoga App. No. 54228. On motions to vacate order and to exercise disciplinary responsibilities. Motions denied.